## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE DAVID A. KROLL, INC. EMPLOYEES' PROFIT-SHARING PLAN AND TRUST, derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>(1) AUBREY K. MCCLENDON, (2) RICHARD K. DAVIDSON, (3) V. BURNS HARGIS, (4) FRANK A. KEATING, (5) BREENE M. KERR, (6) CHARLES T. MAXWELL, (7) DON L. NICKLES, (8) FREDERICK B. WHITTEMORE, (9) MARCUS C. ROWLAND, (10) MICHAEL A. JOHNSON, (11) LOUIS A. SIMPSON, (12) KATHLEEN M. EISBRENNER, and (13) MERRILL A. MILLER, JR.,<br><br>　　　　　　　　　　Defendants,<br><br>and<br><br>(1) CHESAPEAKE ENERGY CORPORATION,<br><br>Nominal Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No.: 5:12-CV-00493<br>:<br>: **JURY TRIAL DEMANDED**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

**COMES NOW** Steven W. Crow and hereby enters his appearance on behalf of David A. Kroll, Inc. Employees' Profit Sharing Plan and Trust, derivatively on behalf of Chesapeake Energy Corporation as Attorney of Record.

Respectfully submitted,

**DELLUOMO & CROW**


By:___s/Steven W. Crow_____
**DANIEL M. DELLUOMO, OBA #11810**
**STEVEN W. CROW, OBA #15676**
5617 North Classen Blvd.
Oklahoma City, Oklahoma  73118
(405) 843-0400
(405) 843-5005 (fax)
**ATTORNEYS FOR PLAINTIFF**